UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

| | |
|---|---|
| PAUL D. HOPKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CAUSE NO. 4:09-CV-016 AS |
| v. | ) |
| | ) |
| SHERIFF, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## OPINION AND ORDER

The Sheriff of Jasper County, by counsel, filed a motion seeking "an enlargement of time to answer or otherwise plead to Plaintiff's Complaint . . .." DE 8 at 1. This motion is confusing because the court has already found that the plaintiff, Paul D. Hopkins, a *pro se* prisoner, "has no claim against the Sheriff" (DE 4 at 5) and "waived [d] the Sheriff of Jasper County's obligation to file an answer pursuant to 42 U.S.C. § 1997e(g)(2) . . .." (DE 4) Because the defendant has no deadline (indeed no obligation) to answer the complaint, the motion to enlarge time (DE 8) is **DENIED AS MOOT**. Instead, the defendant is solely obligated to respond to discovery initiated by Mr. Hopkins on or before April 7, 2009, for the sole purpose of identifying the unknown defendant(s) who denied Mr. Hopkins medical treatment for his diabetes and high blood pressure for the approximately six months following September 21, 2007. The parties are **REMINDED** that N.D. IND. L.R. 26.2(e) requires that, "In *pro se* litigation, all discovery shall be filed."

    IT IS SO ORDERED.

    ENTERED: April 6, 2009

                                                 /s/ ALLEN SHARP
                                                 ALLEN SHARP, JUDGE
                                                 UNITED STATES DISTRICT COURT